# EXHIBIT A

26A00689

No. _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

Date Summons Issued and E-Filed

2/3/2026

**SUMMONS**

/s/ Camille Boknight

Deputy Clerk

Deposit Paid $ _____

Reginald Ware
2555 Knop St. NE Atlanta, GA 30317
Plaintiff's name and address

vs.

[-] JURY

SPNChRony Finncial Bank
77 LongRidge Rd. Stamford, CT 06902
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Reginald Ware
Name
2555 Knop St. NE Atlanta, GA 30317
Address   404-229-7786
Phone Number                                    Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney.

Address

Phone No.                         Georgia Bar No.

Third Party Attorney

Address

Phone No.           Georgia Bar No.

**TYPE OF SUIT**

☐ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
E-file summons1-2016    2/2/2026 6:27 PM
E-FILED
BY: Camille Boknight

## IN THE STATE COURT OF
## DEKALB COUNTY, GEORGIA

REGINALD WARE,

           Plaintiff,

VS.

SYNCHRONY FINANCIAL

BANK

           Defendant(s).

Case No. 26A00689

## ORIGINAL COMPLAINT

TO THE HONORABLE STATE COURT JUDGE:

## NATURE OF ACTION

1. This is an action for damages brought by an individual Plaintiff for Defendant's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681(n), 1681(o) & 1681(s)(2b), 1681 (s), Title VI of the Consumer Credit Protection Act, which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff seeks to recover monetary damages for Defendant's violations of the FCRA and CCPA, and have an Order or injunction issued by this Court preventing the Defendant from continuing its violative behaviors.

STATE COURT OF
DEKALB COUNTY, GA.
1/26/2026 10:15 AM
E-FILED
BY: Monica Gay

3. Service may be made upon Defendant in any other district in which it may be found pursuant to 29 U.S.C. §1132(e)(2).

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

5. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and/or where Defendant transacts business in this district.

## PARTIES

6. Plaintiff Reginald Ware ("Plaintiff") is a natural person residing in Dekalb County, Georgia.

7. Defendant(s), Synchrony Financial, with home office address of 777 Long Ridge Road, Stamford, CT. 06902, and registered agent for service is 4125 Windward Plaza, Suite 300, Alpharetta, GA. 30005.

## FACTUAL ALLEGATIONS

8. Defendant uses instrumentalities of interstate commerce or the mails in a business, the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

## COUNT I--FCRA

9. Plaintiff repeats and re-alleges each and every allegation above.

10. Defendant violated the Fair Credit Reporting Act in one or more of the following ways: By accessing the Plaintiff's Reginald Ware's credit report with permission and a permissible purpose.

11. The Defendant was notified over six separate occasions about the credit pull by the Plaintiff and the credit reporting agencies.

   a) Awarding Plaintiff Damages pursuant to the FCRA 15 U.S.C. § 1681(n) and 1681(o).
   c) Awarding Plaintiff reasonable attorney's fees and costs incurred in this action
   d) Awarding Plaintiff any pre-judgment and post-judgment interest as maybe allowed under the law;
   e) Awarding such other and further relief as the Court may deem just and proper.

## FACTS

The Plaintiff's credit report was accessed on June 6, 2025, by Synchrony Bank dba Sam's Club. The credit report was used to acquire credit with Sam's Club. The Plaintiff received several notifications regarding the credit pull, but did not apply for credit with Sam's Club on June 6, 2025. The Plaintiff contacted Synchrony Bank/Sam's Club on June 8, 2025, to inquire about the credit check. The Defendant said that they had no information about the credit pull and couldn't find an application. The Defendant told the Plaintiff to call back in a few days to verify the information. The Plaintiff disputed the credit inquiry with the credit reporting agencies on June 10, 2025. The Plaintiff contacted the Defendant on June 12, 2025, and the Defendant said they had no information regarding credit reporting or an application for credit. The Plaintiff mailed a dispute letter on June

13, August 5, September 19, and November 30, 2025. The Defendant has yet to respond, and they advised the credit agency that the credit reporting was accurate. The Plaintiff has requested a copy of the credit application, but the Defendant has failed to produce it. See Exhibit A, B, C, D, E, and F.

## CITATIONS

*May v. Equifax Information Services, LLC,*

*Nayab v. Capital One Bank,* No. 17-55944, 2019 WL 5608837 (9th Cir. Oct. 31, 2019)

*Suluki v. Credit One Bank, NA,* No. 23-721 (2d Cir.)

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

The Plaintiff demands **One Hundred Fifty Thousand Dollars ($150,000.00)** in damages.

The Plaintiff demands punitive damages.

The Plaintiff demands reasonable attorney fees.

Respectfully submitted this 26th day of January 2026

By, Reginald Ware

2555 Knox St. N.E.

Atlanta, GA. 30317

reginaldware@icloud.com

404-229-7786

Pro Se' Litigant

STATE COURT OF
DEKALB COUNTY, GA.
1/26/2026 10:15 AM
E-FILED
BY: Monica Gay

*Exhibit A*

Reginald Ware

2555 Knox St. NE

Atlanta, GA. 30317

Synchrony Bank/Sam's Club

777 Long Ridge Road,

Stamford, CT. 06902,

June 13, 2025

Re: Credit Pull

To Whom It May Concern:

My credit report was ascertained by your company on June 9, 2026, without my consent or a permissible purpose. I did not apply for a Sam's credit card account because I already have one. The last four digits of my Social Security number are 1703. Please remove this from my credit bureau file immediately.

If there are any questions, please feel free to contact me at 404-229-7786.

Regards,

*Reginald Ware*

Reginald Ware

Exhibit B

Reginald Ware

2555 Knox St. NE

Atlanta, GA. 30317

Synchrony Bank/Sam's Club

777 Long Ridge Road,

Stamford, CT. 06902,

August 5, 2025

Re: Credit Pull

To Whom It May Concern:

My credit report was ascertained by your company on June 9, 2026, without my consent or a permissible purpose. I did not apply for a Sam's credit card account because I already have one. The last four digits of my Social Security number are 1703. Please remove this from my credit bureau file immediately. This is the second letter that I have sent to your company without a response. I spoke to a representative over the phone, but it was to no avail.

If there are any questions, please feel free to contact me at 404-229-7786.

Regards,

Reginald Ware

*Exhibit C*

Reginald Ware

2555 Knox St. NE

Atlanta, GA. 30317

Synchrony Bank/Sam's Club

777 Long Ridge Road,

Stamford, CT. 06902,

September 19, 2025

Re: Credit Pull

Dear Customer Service,

    This is my third attempt reaching out to your company about my credit report being ascertain without my permission. Someone attempted to open an account with Sma's Club on June 9, 2025, and it wasn't me. I am requesting a copy of the application, and to have the inquiry deleted from my credit report. The last four digits of my social security number is 1703.

Thank you for your immediate response.

Reginald Ware

Reginald Ware

2555 Knox St. NE

Atlanta, GA. 30317


Synchrony Bank/Sam's Club

777 Long Ridge Road,

Stamford, CT. 06902,

November 30, 2025

Re: Credit Pull

SS# 1703

Dear Customer Service,

This is my final attempt to resolve this situation amicable. I have mailed three letters and made numerous phone calls about removing the credit inquiry from my credit report. this inquiry has lowered my score and cost me numerous financial transactions. Please remove this from my credit report immediately or legal action will commence.

Regards,

Reginald Ware

Free Credit Score

  

*Exhibit E*

REGINALD WARE ∨

 Home     Simulate     Activity     Alerts     For You

# Credit & Identity Alerts ⓘ

View your alerts for credit report changes, use of your SSN with a different name or address, or dark web activity associated with your identity.

Back to All Alerts

**Credit Alert**
New Inquiry



**Reported By**
SYNCB/SAM'S PLCC

**Reported On**
Jun 6, 2025

## What does this mean?

A potential lender or creditor reported that they pulled a copy of your credit file because you applied for credit or services with them. A potential employer may also have pulled your report because you applied for a job with them.

View Credit Report

## How could this affect my score?

Having a few inquires a year is normal but an inquiry may cause your score to dip temporarily. However, keep in mind that too many inquiries within a short period could negatively impact your score, because it could be an indicator that you're financially overextended.

## What can I do now?

Review the detailed information below. If you applied for credit or services with the company or lender who made the inquiry, then you don't need to do anything.

SYNCB/SAM'S PLCC

PO BOX 71727
PHILADELPHIA, PA 19176

If you think the information in this alert is wrong, click on "See something wrong" for recommendations on what to do next.

## Why am I getting this alert?

CreditWise provides credit report alerts from two of the major credit bureaus: Experian and TransUnion.

If a lender reports your account information to both Experian and TransUnion, then you may see two alerts reflecting the same update.

Free Credit Score & Report Check with CreditWise | Capital One

Credit Alerts FAQs

Was this helpful?                                    Yes        No

See something wrong?

PRIVACY    SECURITY    TERMS & CONDITIONS    ACCESSIBILITY    FAQ




©2026 Capital One. Capital One is a federally registered trademark. All rights reserved.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

https://creditwise.capitalone.com/alerts/20284832732

26A00689

No. _____

**Date Summons Issued and E-Filed**

2/3/2026

_____

/s/ Camille Boknight

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

*Reginald Ware*
*2555 Knop St. NE Atlanta, GA. 30317*
Plaintiff's name and address

vs.

☒ **JURY**

*Synchrony Finacial Bank*
*77 Long Ridge Rd. Stamford, CT 06902*
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

*Reginald Ware*
Name

*2555 Knop St. NE Atlanta, GA. 30317*
Address

*404-229-7786*
Phone Number                                   Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____          _____
Defendant's Attorney                      Third Party Attorney

_____          _____
Address                                         Address

_____          _____
Phone No.          Georgia Bar No.      Phone No.          Georgia Bar No.

**TYPE OF SUIT**

☐ Personal Injury ☐ Products Liability          Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability          Interest $ _____
☒ Other

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

STATE COURT OF
DEKALB COUNTY, GA.
2/2/2026 6:27 PM
E-FILED
BY: Camille Boknight

| **State of Georgia** | **County of Dekalb** | **State Court** |
|---|---|---|

Case Number 26A00689

Plaintiff
Reginald Ware
Vs

Defendant
Synchrony Financial Bank

For:
R Ware

Received by Perma Investigations on the 31st day of January 2026 to be served on **Synchrony Financial Bank 4125 Windward Parkway Suite 300 Alpharetta, GA 30005.**

**I, Marc Perlson, being duly sworn, depose and say, that on the 13th day of February 2026 at 10:10 AM, I**

Served **Synchrony Financial Bank** by delivering a true copy of the **SUMMONS, ORIGIANL COMPLAINT,** by Leaving the Same with Cheryl Lynch, as **Security Supervisor** at the address **4125 Windward Parkway Suite 300 Alpharetta, GA 30005.**

**Additional information about this serve:**
Latest status 02/13/26 10:10 AM Attempted service at 4125 Windward Plaza, Suite 300, Alpharetta, GA. 30005. Upon arrival, I spoke with Cheryl Lynch, security supervisor. She called and spoke with Eva Willatt, legal operations manager. She told me that I could leave the documents with Cheryl Lynch which I did. Ms Lynch can be described as a black female mid 30's 170 lbs.

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the _____13th_____ day of February 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Marc Perlson
Process Server

Perma Investigations
PO Box 1742
Roswell, GA 30077

FILED 12/30/2025 3:53 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE:

| | | |
|---|---|---|
| MOTION FOR APPOINTMENT AS | : | CIVIL ACTION FILE NUMBER: |
| PERMANENT PROCESS SERVER | : | 25MPR1662 |
| | : | |
| | : | |

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER
### FOR CALENDAR YEAR 2026

The foregoing motion having been read and considered; it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

This appointment shall be effective until midnight December 31, 2026.

| | |
|---|---|
| **Joyce Clemmons** | **Skylar Lindley** |
| **Travis Cline** | **Jerald Luster** |
| **Michael Evans** | **Ericka McMillon** |
| **Jason Garmon** | **Ernesqueshia Parker** |
| **Michael Harbuck** | **Marc Perlson** |
| **Christopher Todd Horton** | **Clark Richardson** |
| **Elizabeth Irvin** | **Michael Rivers** |
| **Anthony Jackson** | **Margaret Ruddock** |
| **Chiquita Jackson** | **James Stiggers** |
| **Shirley Kirkland** | **Paulette Thompson** |

**IT IS SO ORDERED FOR** this 19th day of December 2025

*Shondeana C. Morris*

Honorable Shondeana Morris
Chief and Administrative Judge
Dekalb County Superior Court
Dekalb Judicial Circuit

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

In re:                                              )
                                                    )
                                                    )
PERMANENT PROCESS SERVERS                           )
                                                    )
                                                    )
_____              )

## STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4(c), this Court hereby provides that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County for 2026 and has been appointed as a permanent process server in said Court for 2026 shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2026.

SO ORDERED, this 31st day of December, 2025.

_____
MIKE JACOBS, Chief Judge
State Court of DeKalb County

STATE COURT OF
DEKALB COUNTY, GA

2025 DEC 31   AM 11: 30

FILED